IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Curren, Richard Allen | Case Number: 06 B 02122 |
|---|---|---|
| | Curren, Sheila Caplan | Judge: Goldgar, A. Benjamin |
| | Printed: 10/29/08 | Filed: 3/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: April 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 89,758.00 | |
| Secured: | | 77,858.85 |
| Unsecured: | | 3,632.69 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 4,748.23 |
| Other Funds: | | 1,518.23 |
| Totals: | 89,758.00 | 89,758.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Citicorp Mortgage Inc | Secured | 10,604.72 | 9,671.31 |
| 3. | CitiMortgage Inc | Secured | 61,772.86 | 56,331.89 |
| 4. | Honda Finance Services | Secured | 5,512.79 | 5,512.79 |
| 5. | Citicorp Mortgage Inc | Secured | 1,243.45 | 1,243.45 |
| 6. | CitiMortgage Inc | Secured | 5,099.41 | 5,099.41 |
| 7. | Illinois Student Assistance Commission | Unsecured | 404.62 | 15.42 |
| 8. | Capital One | Unsecured | 66.47 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 146.69 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 3,278.49 | 173.29 |
| 11. | Resurgent Capital Services | Unsecured | 2,862.18 | 151.29 |
| 12. | American Express | Unsecured | 5,916.02 | 312.70 |
| 13. | ECast Settlement Corp | Unsecured | 3,694.04 | 195.26 |
| 14. | B-Real LLC | Unsecured | 8,769.04 | 463.51 |
| 15. | B-Real LLC | Unsecured | 20,996.05 | 1,109.79 |
| 16. | B-Real LLC | Unsecured | 5,656.15 | 298.97 |
| 17. | Portfolio Recovery Associates | Unsecured | 13,566.51 | 717.08 |
| 18. | Portfolio Recovery Associates | Unsecured | 2,093.30 | 110.65 |
| 19. | ECast Settlement Corp | Unsecured | 1,602.91 | 84.73 |
| 20. | Bankcard Services | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| | | | $ 155,285.70 | $ 83,491.54 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Curren, Richard Allen | Case Number:  06 B 02122 |
| Curren, Sheila Caplan | Judge:  Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:  3/6/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 572.69 |
| 5% | 421.33 |
| 4.8% | 1,004.87 |
| 5.4% | 1,968.04 |
| 6.5% | 781.30 |
| | $ 4,748.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

